# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CONCEPCION RELEFORD, | **JUDGMENT IN A CIVIL CASE** |
| **Petitioner,** | **Case No.:** 07-cv-726-jcs |
| v. | 06-cr-098-jcs-1 |
| UNITED STATES OF AMERICA, | |
| **Respondent**. | |

This action came for consideration before the court with DISTRICT JUDGE JOHN C. SHABAZ presiding.  The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

THAT JUDGMENT IS ENTERED DENYING PETITIONER'S MOTION TO VACATE HIS SENTENCE UNDER 28 U.S.C. § 2255 WITHOUT PREJUDICE AS UNTIMELY.

Approved as to form this 23rd day of January, 2008.

/s/
_____
JOHN C. SHABAZ
DISTRICT JUDGE

| | |
|---|---|
| **Theresa M. Owens, Clerk** | |
| /s/ | **Jan. 23, 2008** |
| by Melissa Hardin,  Deputy Clerk | Date |